IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FIGUEROA,<br><br>       Plaintiff,<br><br>  v.<br><br>NATIONAL CITY MORTGAGE; ACCUBANK MORTGAGE DIVISION, a division of NATIONAL CITY BANK OF INDIANA; PNC BANK, NATIONAL ASSOCIATION; CAL-WESTERN RECONVEYANCE CORPORATION, and DOES 1 through 50, inclusive,<br><br>       Defendants. | No. C 11-02130 CW<br><br>ORDER DISMISSING PLAINTIFF'S ACTION FOR FAILURE TO PROSECUTE |

    On May 24, 2011, Defendant PNC Bank, National Association as successor by merger to National City Bank, previously doing business as National City Mortgage and Accubanc Mortgage,[1] filed amended motions to dismiss pro se Plaintiff Carlos Figueroa's First Amended Complaint, and to strike portions of that complaint. Docket Nos. 18 & 19. After Plaintiff failed to oppose the motions by the required deadline, the Court ordered Plaintiff to respond on or before June 30, 2011, or face dismissal of his action for failure to prosecute. Docket No. 25. Plaintiff again failed to respond to the motions.

    Apart from PNC Bank, the sole remaining Defendant is Cal-

---

[1] PNC Bank was sued in this capacity erroneously as "Accubanc Mortgage a Division of National City Bank of Indiana."

Western Reconveyance Corporation. Cal-Western Reconveyance was named as a defendant in its capacity as a trustee, and has filed an unopposed "Declaration of Nonmonetary Status," pursuant to California Civil Code § 2924l. Notice of Removal at ¶ 7. As a result, Cal-Western Reconveyance is no longer required to participate in the action. <u>Hafiz v. Greenpoint Mortg. Funding, Inc.</u>, 652 F. Supp.2d 1050, 1053 (N.D. Cal. 2009) (citing Cal. Civ. Code § 2924l(c)-(d)).

Because Plaintiff has failed to prosecute this lawsuit, and Cal-Western Reconveyance is not obliged to participate, Plaintiff's action is dismissed.

IT IS SO ORDERED.

Dated: **7/7/2011**

CLAUDIA WILKEN
United States District Judge