IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FIGUEROA,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL CITY MORTGAGE; ACCUBANK MORTGAGE DIVISION, a division of NATIONAL CITY BANK OF INDIANA; PNC BANK, NATIONAL ASSOCIATION; CAL-WESTERN RECONVEYANCE CORPORATION, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 11-02130 CW<br><br>ORDER DENYING PLAINTIFF'S UNTIMELY MOTION TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS (Docket No. 29) |

The Court has dismissed this action for failure to prosecute. Plaintiff failed timely to oppose a motion to dismiss and a motion to strike, both filed by Defendant PNC Bank, National Association as successor by merger to National City Bank, previously doing business as National City Mortgage and Accubanc Mortgage.[1] Plaintiffs' response to these motions was originally due on June 9, 2011. On June 17, 2011, the Court issued an order vacating the

---

[1] PNC Bank was sued erroneously as "Accubanc Mortgage a Division of National City Bank of Indiana."

June 30, 2011 hearing date and giving Plaintiff a further opportunity to submit his written opposition by June 30, 2011, and warning him that if he did not, the Court would dismiss his complaint for failure to prosecute.  Plaintiff failed to meet the second deadline.  Thus, on July 7, 2011, the Court dismissed Plaintiff's action for failure to prosecute.  Claims against the other named Defendants had been dismissed for other reasons.

On July 8, 2011, Plaintiff filed a document entitled "Notice of Motion and Motion for Oppositions of the First Amended Complaint."  Docket No. 29.  The Court considers that as his opposition to the motion to dismiss.  As such, it is untimely and without merit.  The case remains closed.

IT IS SO ORDERED.

Dated: 9/19/2011

CLAUDIA WILKEN
United States District Judge